608

No. 276. BURTON v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank P. Walsh* for petitioner. *Solicitor General Biggs* and *Messrs. Bart W. Butler* and *W. Marvin Smith* for the United States.

No. 277. GUTENKUNST v. WISCONSIN. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Ralph A. Cusick* for petitioner. No appearance for respondent.

No. 278. INTERSTATE TRUST & BANKING CO. ET AL. v. JONES COUNTY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Bert Flanders, Jr.,* and *Walter F. Marcus* for petitioners. *Mr. John D. Miller* for respondent.

No. 282. HOUSE v. UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William H. Boyd* and *James A. Fowler* for petitioner. *Solicitor General Reed* and *Messrs. Guy K. Bard* and *William H. Ramsey* for the United States.

No. 284. NAVIGAZIONE GENERALE ITALIANA v. ELTING, COLLECTOR OF CUSTOMS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Delbert M. Tibbetts* and

*Richard L. Sullivan* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. M. Leo Looney, Jr., Paul A. Sweeney,* and *W. Marvin Smith* for respondent.

No. 286. CHADICK *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. D. Tarlton* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Earl C. Crouter* for the United States.

Nos. 291, 292, 293, 294, and 295. BALKWILL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. W. W. Spalding* and *W. H. Annat* for petitioner. *Solicitor General Reed,. Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 296. HOAGE, DEPUTY COMMISSIONER, ET AL. *v.* HARTFORD ACCIDENT & INDEMNITY Co. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Solicitor General Reed* and *Mr. E. S. Brashears* for petitioners. *Mr. Cornelius H. Dorety* for respondent.

No. 298. NIAGARA FALLS POWER Co. *v.* WATER POWER AND CONTROL COMMISSION OF NEW YORK. October 14,